UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| G.M., a minor, by and through AUDREY GUARDANAPO and SHAUN GUARDANAPO, | Case No. 3:18-CV-00172-RCJ-WGC |
| Plaintiffs, | ORDER |
| v. | |
| WASHOE COUNTY SCHOOL DISTRICT, *et al.*, | |
| Defendants. | |

IT IS HEREBY ORDERED that Plaintiffs shall serve the Motion for Temporary Restraining Order and related pleadings (ECF Nos. 6-14); and the Complaint (ECF No. 1) upon all Defendants no later than **Thursday, May 3, 2018 at 5:00 p.m.** and file proof of service of the same no later than **5:00 p.m. on Friday, May 4, 2018**.

IT IS FURTHER ORDERED that Defendants shall file any Opposition to Plaintiffs' motion into the record and serve the same upon Plaintiffs no later than **Friday, May 4, 2018.**

IT IS FURTHER ORDERED that Plaintiffs shall file any reply to Defendants' Opposition into the record and serve the same upon all Defendants no later than **Monday, May 7, 2018, at 5:00 p.m.**

IT IS FURTHER ORDERED that a hearing on Plaintiffs' Motion for Temporary Restraining Order is set for **10:00 a.m., Tuesday, May 8, 2018,** before Judge Robert C. Jones in RENO COURTROOM 3, 400 South Virginia Street, Reno, Nevada 89501.

IT IS SO ORDERED this 3rd day of May, 2018.

_____
ROBERT C. JONES