THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA (Nevada Bar No. 8599)
311 East Liberty Street
Reno, NV 89501
Telephone: (775) 323-1321
Facsimile: (775) 323-4082
david@omaralaw.net

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK*
STEPHEN M. DUVERNAY*
400 Capitol Mall, Suite 2530
Sacramento, CA 95814
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

EUGENE VOLOKH*
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA 90095
Telephone: (310) 206-3926
eugene.volokh@gmail.com

*Pro hac vice applications to be submitted

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| G.M., a minor, by and through AUDREY GUARDANAPO and SHAUN GUARDANAPO,<br><br>Plaintiff,<br><br>v.<br><br>WASHOE COUNTY SCHOOL DISTRICT; KENDYL DEPOALI MIDDLE SCHOOL; and JOYE ANCINA, in her official capacity as Principal, Kendyl Depoali Middle School,<br><br>Defendants. | Case No.: 3:18-cv-00172<br><br>**STIPULATION TO VACATE AND CONTINUE HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER; [PROPOSED] ORDER**<br><br>Hearing Date: May 8, 2018<br>Time: 10:00 a.m.<br>Courtroom 3<br>Judge: Hon. Robert C. Jones |

Plaintiff G.M., by and through Audrey Guardanapo and Shaun Guardanapo as his next friends; and Defendants Washoe County School District, Kendyl Depoali Middle School, and Joye Ancina, in her official capacity as Principal of Kendyl Depoali Middle School, stipulate and agree as follows:

1. On April 24, 2018, Plaintiff filed this case against Defendants, alleging (1) that Defendants' enforcement of the Washoe County School District dress code and Kendyl Depoali Middle School dress code violated his First Amendment right to express his political views, and (2) that the provision of the dress codes banning clothes containing "anything that promotes weapons" was unconstitutionally vague and overbroad. Dkt. 1.

2. On May 2, 2018, Plaintiff filed a Motion for a Temporary Restraining Order requesting that the Court issue an order enjoining Defendants from enforcing the Washoe County School District dress code and the Kendyl Depoali Middle School dress code in a manner inconsistent with the First Amendment to the United States Constitution. Dkt 6.

3. On May 3, 2018, the Court issued an order setting a hearing on Plaintiff's Motion for a Temporary Restraining Order on May 8, at 10:00 a.m. Dkt. 15. That same Order requires Defendants to file their opposition to the motion no later than 5:00 p.m. on May 4, and required Plaintiff to file his reply no later than 5:00 p.m. on May 7.

4. The parties have met and conferred regarding the matters alleged in the complaint and the relief sought in Plaintiff's Motion for a Temporary Restraining Order. The parties hereby stipulate and agree that the hearing on the motion should be vacated and continued based on the following representations and assurances by Defendants:

    a. Defendants acknowledge that a teacher improperly required G.M. to cover up his Firearms Policy Coalition (FPC) t-shirt without adhering to Washoe County School District procedures and without notifying Kendyl Depoali Middle School administration. It appears this decision was based on an outdated school dress code and a Washoe County School District Parent/Student Handbook with prohibits clothing that "promotes weapons."

    b. Defendants have voluntarily ceased enforcing the provisions of the Washoe County School District Parent/Student Handbook and Kendyl Depoali Middle School dress code

that prohibit clothes containing "anything that promotes weapons," and will not enforce these provisions during the pendency of this lawsuit. Defendants have communicated this change in policy to all affected administrators, school site personnel, sites, and campuses. Defendants will communicate this change in policy to Washoe County School District parents and students no later than May 18, 2018.

    c. Within 60 days, Defendants will formally revise the Washoe County School District Parent/Student Handbook and Kendyl Depoali Middle School dress code to ensure that it complies with the First Amendment to the United States Constitution. Defendants will provide Plaintiff's counsel with draft revisions to the foregoing at least 7 days' prior to any changes to these documents. Defendants will provide at least 7 days' notice of any public meeting or hearing regarding revisions to the dress code policies.

Based upon the foregoing, Plaintiff and Defendants hereby STIPULATE, AGREE, and REQUEST:

  1. That the May 8, 2018 hearing on Plaintiff's Motion for a Temporary Restraining Order be vacated and the matter be continued to July 24, 2018, or the Court's next available hearing. Defendants shall file any opposition to Plaintiff's motion fourteen days before the hearing date. Plaintiff shall file any reply seven days before the hearing date.

  2. The parties will submit a joint status report two weeks before the rescheduled hearing on Plaintiff's Motion for a Temporary Restraining Order.

Dated: May 4, 2018        THE O'MARA LAW FIRM, P.C.


                 By /s David C. O'Mara
                   DAVID C. O'MARA
                   Attorneys for Plaintiff

Dated: May 4, 2018

By /s Neil A. Rombardo
NEIL A. ROMBARDO
Chief General Counsel,
Washoe County School District
Attorneys for Defendants

## [PROPOSED] ORDER

Having considered the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The May 8, 2018 hearing on Plaintiff's Motion for a Temporary Restraining Order is continued to July 24, 2018. Defendants shall file any opposition to Plaintiff's motion no later than July 10, 2018. Plaintiff shall file any reply no later than July 17, 2018.

2. The parties shall file a joint status report on July 10, 2018.

IT IS SO ORDERED.

DATED: May 7, 2018.

_____
HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT JUDGE