Neil A. Rombardo, Esq., Nev. Bar No. 6800
Christopher B. Reich, Esq., Nev. Bar No. 10198
Sara K. Almo, Esq., Nev. Bar No. 11899
WASHOE COUNTY SCHOOL DISTRICT
P.O. Box 30425
Reno, NV 89520-3425
Telephone: 775-348-0300
Fax: 775-333-6010
Attorneys for Defendants: Washoe County School District,
Kendyl Depoali Middle School, and Joye Ancina

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| G.M., a minor, by and through AUDREY GUARDANAPO and SHAUN GUARDANAPO,<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT;, KENDYL DEPOALI MIDDLE SCHOOL; and JOYE ANCINA, in her official capacity as Principal, Kendyl Depoali Middle School,<br><br>Defendants.<br>_____/ | CASE NO.: 3:18-cv-00172-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO <u>RESPOND TO COMPLAINT</u>**<br><br>(first request) |

COMES NOW, Defendants Washoe County School District, Kendyl Depoali Middle School, and Joye Ancina ("Defendants") and Plaintiff G.M., a minor, by and through Audrey Guardanapo and Shaun Guardanapo ("Plaintiffs") (hereinafter referred to, singularly as a "Party" and collectively as the "Parties"), by and though their respective counsel, and hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure 6(b) and Civil Local Rules 6-1 and 7-1, to extend the deadline for Defendants' answer or response to Plaintiff's Complaint to July 18, 2018. This Stipulation is based on the following:

1

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

1. Plaintiff served his Complaint for Declaratory, Injunctive, or Other Relief ("Complaint") on Defendants on April 27, 2018.

2. Defendants currently have until May 18, 2018 to answer or respond to Plaintiff's Complaint.

3. Legal counsel for the Parties are actively engaged in resolution discussions.

4. The Parties agree that, due to ongoing resolution efforts, it is in the best interests of all those involved to continue their efforts to reach an informal resolution of this matter.

5. The Parties agree and stipulate that it is in their mutual best interests to extend the deadline for the Defendants' answer or response to Plaintiff's Complaint, as successful resolution of this matter would obviate the need for further litigation.

6. The Parties agree that if settlement discussions are unsuccessful, it will be necessary for the Parties to resume their litigation efforts. Thus, the Parties stipulate and agree to extend the deadline for Defendants to answer or respond to Plaintiff's Complaint through and including to July 18, 2018.

///

///

///

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

7. This Stipulation is made in good faith and is not for the purposes of delay.

DATED this 15th day of May, 2018.  DATED this 15th day of May, 2018.

THE O'MARA LAW FIRM, P.C.  OFFICE OF THE GENERAL COUNSEL
WASHOE COUNTY SCHOOL DISTRICT

By: /s/David C. O'Mara, Esq.  By: /s/ Sara K. Almo, Esq.
    David O'Mara, Esq.      Sara K. Almo, Esq.
    Attorney for Plaintiff      Neil A. Rombardo, Esq.
    Christopher B. Reich, Esq.
    Attorneys for Defendants
    Washoe County School District, Depoali
    Middle School, and Joye Ancina

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: ___ May 15, 2018 _____