THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA (Nevada Bar No. 8599)
311 East Liberty Street
Reno, NV 89501
Telephone: (775) 323-1321
Facsimile: (775) 323-4082

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK
STEPHEN M. DUVERNAY
400 Capitol Mall, Suite 2530
Sacramento, CA 95814
Telephone: (916) 447-4900

EUGENE VOLOKH
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA 90095
Telephone: (310) 206-3926

Attorneys for Plaintiff

WASHOE COUNTY SCHOOL DISTRICT
NEIL A. ROMBARDO (Nevada Bar No. 6800)
CHRISTOPHER B. REICH (Nevada Bar No. 10198)
SARA K. ALMO (Nevada Bar No. 11899)
P.O. Box 30425
425 East 9th Street
Reno, NV 89520
Telephone: (775) 348-0300
Facsimile: (775) 333-6010

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| G.M., a minor, by and through AUDREY GUARDANAPO and SHAUN GUARDANAPO,<br><br>Plaintiff,<br><br>v.<br><br>WASHOE COUNTY SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 3:18-cv-00172<br><br>**JOINT STIPULATION FOR ENTRY OF STIPULATED JUDGMENT AND [PROPOSED] STIPULATED JUDGMENT**<br><br>Judge: Hon. Robert C. Jones<br>Action Filed: April 24, 2018 |

Plaintiff G.M., by and through Audrey Guardanapo and Shaun Guardanapo as his next friends, and Defendant Washoe County School District, hereby inform the Court that they have reached a settlement in this action.

Defendant has formally revised the Washoe County School District Parent/Student Handbook, Kendyl Depoali Middle School dress code, and all other site-specific dress codes to remove the prohibition against clothes containing "anything that promotes weapons." Defendant has communicated this change in policy to all affected administrators, school site personnel, sites, campuses, parents, and students.

Defendant acknowledges that its application of the Washoe County School District dress code and the Kendyl Depoali Middle School dress code to Plaintiff G.M. violated his rights secured by the First Amendment to the United States Constitution.

Defendant will pay $25,000 for Plaintiff's attorney's fees for full and complete resolution of the Complaint. Plaintiff may not bring any additional motions for damages, fees, and costs, as well as any claims associated with the facts and circumstances alleged in his Complaint. Plaintiff waives any right to bring any further claims associated with the facts and circumstances alleged in his Complaint against Kendyl Depoali Middle School and Joye Ancina, in her official capacity as Principal of Kendyl Depoali Middle School.

Accordingly, the parties jointly request that the Court enter the attached Proposed Stipulated Judgment being lodged simultaneously herewith.

Dated: July 6, 2018　　　　　　　　THE O'MARA LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　By /s David C. O'Mara
　　　　　　　　　　　　　　　　　　　DAVID C. O'MARA
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
Dated: July 6, 2018


　　　　　　　　　　　　　　　　　By /s Neil A. Rombardo
　　　　　　　　　　　　　　　　　　　NEIL A. ROMBARDO
　　　　　　　　　　　　　　　　　　　Chief General Counsel,
　　　　　　　　　　　　　　　　　　　Washoe County School District
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant