# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| G.M., a minor, by and through AUDREY GUARDANAPO and SHAUN GUARDANAPO,<br><br>Plaintiff,<br><br>v.<br><br>WASHOE COUNTY SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 3:18-cv-00172<br><br>**STIPULATED JUDGMENT**<br><br>Judge: Hon. Robert C. Jones<br>Action Filed: April 24, 2018 |

Based upon the Joint Stipulation for Entry of Stipulated Judgment by and between Plaintiff G.M., by and through Audrey Guardanapo and Shaun Guardanapo as his next friends, and Defendant Washoe County School District, it is hereby ORDERED that the Joint Stipulation for Entry of Stipulated Judgment is GRANTED.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

Defendant Washoe County School District's application of the Washoe County School District dress code and the Kendyl Depoali Middle School dress code to Plaintiff G.M. violated his rights secured by the First Amendment to the United States Constitution.

The Parties have represented that they have resolved all damages, costs and fees associated with the foregoing judgment, with Defendant paying Plaintiff $25,000 in attorney's fees. This case is therefore closed.

Dated: July 6, 2018

_____
UNITED STATES DISTRICT JUDGE